PEOPLE, Respondent, v. NELSON, Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Proceeding by the People of the State of New York against Alfred Nelson. No opinion. Reargument ordered; the judges qualified to vote being evenly divided. See, also, 150 App. Div. 896, 134 N. Y. Supp. 1141.

PEOPLE v. OLSSEN. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York against John Olssen. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. PERSIO, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Proceeding by the People of the State of New York against Oranzio Persio. J. Webber, of New York City, for appellant. G. Z. Medalie, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. PIROMOLLI, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People of the State of New York against Arcangelo Piromolli. S. Wechsler, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. PRICE. (Supreme Court, Appellate Division, First Department. February 28, 1913). Proceeding by the People against Louis S. Price. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 140 N. Y. Supp. 1137.

PEOPLE v. PRICE. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York against Louis S. Price. No opinion. Motion denied, and appeal dismissed. Order filed. See, also, 140 N. Y. Supp. 1137.

PEOPLE, Respondent, v. QUINN, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Proceeding by the People of the State of New York against May Quinn. F. H. Cunningham, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. ROTH. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Proceeding by the People of the State of New York against Samuel Roth. No opinion. Motion granted. Order filed.

PEOPLE v. ROTHENBERG. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York against Bruno Rothenberg. No opinion. Motion granted, and time extended 20 days from February 20th. Settle order on notice.

PEOPLE, Respondent, v. SCHIEBLER, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Proceeding by the People of the State of New York against Marvin Schiebler. No opinion. Order of the County Court of Suffolk County, affirming judgment of conviction, affirmed.

PEOPLE, Respondent, v. SCHWITOFSKY, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Proceeding by the People of the State of New York against Alfred V. Schwitofsky. S. Untermyer, of New York City, for appellant. R. C. Taylor, of New York City, for the People.

PER CURIAM. Judgment and order affirmed. Order filed.

LAUGHLIN, J., dissents.

PEOPLE, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Proceeding by the People of the State of New York against Frank Smith, impleaded with others. No opinion. Motion granted. Settle order before the Presiding Justice. See, also, 153 App. Div. 911, 137 N. Y. Supp. 1135.

PEOPLE v. TIVNAN. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York against John Tivnan. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. TRACY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Proceeding by the People of the State of New York against Charles Tracy. No opinion. Appeal dismissed, upon stipulation filed.

PEOPLE, Respondent, v. VOGORITO, Appellant. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York against Jack Vogorito. S. Wechsler, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. WILMER. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Proceeding by the People of the State of New York against John Wilmer. No opinion. Motion granted.

PEOPLE ex rel. A. SHERMAN LUMBER CO., Respondent, v. PROPP et al., Assessors, Appellants. (Supreme Court, Appellate Divi-